155 So.2d 606

### Fred L. SHUTTLESWORTH

### v.

### STATE.

### 3 Div. 48.

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Fred L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Shuttlesworth v. State, 155 So.2d 605.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

155 So.2d 606

### George SMITH

### v.

### STATE.

### 3 Div. 49.

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of George Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Smith v. State, 155 So.2d 606.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.